**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00061 |
| | ) | Judge Trauger |
| JASON MICHAEL STOJAK | ) | |
| | ) | |

**O R D E R**

A revocation hearing was held on January 23, 2013. The parties announced an agreed

disposition, which the court will accept. The defendant pled guilty to the ten violations alleged

in the Superseding Petition (Docket No. 25), and the court finds those violations

**ESTABLISHED**.

It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is

sentenced to serve 18 months in the custody of the Bureau of Prisons, to run concurrently with

sentences imposed on any pending state charges. The custody sentence will be followed by an

additional 18 months of supervised release under the same conditions presently in place, with the

addition of a special condition that the defendant attend anger management counseling.

The court recommends to the Bureau of Prisons that the defendant be housed in a facility

close to Nashville, Tennessee and that he receive drug and alcohol counseling while

incarcerated.

It is so **ORDERED.**

ENTER this 23rd day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge